IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM EDWARD PALMER
ADC #152347                                                                                    PLAINTIFF

v.                          No. 5:14-cv-452-DPM-JTR

MIKE BEEBE, Arkansas Governor;
DOES, Parole Board Commissioner,
Officials of Randall Williams Correctional
Facility, and Officials of Medical Departments;
WANDA SUGGS, Nurse, Randell L. Williams
Correctional Facility, ADC; and
MARK CASHION, Warden, Randell L.
Williams Correctional Facility                                                         DEFENDANTS

ORDER

1. The Court must screen Palmer's substituted complaint. № 5; 28 U.S.C. § 1915A. Palmer alleges that Suggs knew about and failed to treat Palmer's liver disease and leg injury and also blocked his access to physicians' care for those health problems. For screening purposes only, the Court concludes that Palmer has pleaded a plausible § 1983 claim against Suggs. *Schaub v. VonWald*, 638 F.3d 905, 914 (8th Cir. 2011).

2. The Clerk is directed to prepare a summons for Suggs and the U.S. Marshal is directed to serve the summons, substituted complaint, and this

Order on her without prepayment of fees and costs or security.

3. Palmer hasn't pleaded any claims against former Governor Beebe, the John Does, or Cashion. The Court therefore dismisses them without prejudice. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

2 March 2015