IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM EDWARD PALMER
ADC #152347                                                                                 PLAINTIFF

v.                      No. 5:14-cv-452-DPM-BD

WANDA SUGGS, Nurse,
Randall L. Williams Correctional Facility,
Arkansas Department of Correction                      DEFENDANT

### ORDER

Unopposed recommendation, № 15, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Motions to dismiss, № 9 & № 12, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 August 2015