IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM EDWARD PALMER
ADC #152347                                                                                    PLAINTIFF

v.                                       No. 5:14-cv-452-DPM

WANDA SUGGS, Nurse,
Randall L. Williams Correctional Facility,
Arkansas Department of Correction                                                  DEFENDANT

ORDER

Unopposed recommendation, № 27, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). Suggs's motion for summary judgment, № 18, is granted. Palmer's claims against Suggs will be dismissed without prejudice for failure to exhaust. An *in forma pauperis* appeal from this Order and accompanying Judgment will not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 September 2015