IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM EDWARD PALMER
ADC #152347                                                              PLAINTIFF

v.                              No. 5:14-cv-452-DPM

MIKE BEEBE, Arkansas Governor; DOES,
Parole Board Commissioners, Officials of
Randall Williams Correctional Facility and
Officials of Medical Departments; WANDA SUGGS,
Nurse, Randall L. Williams Correctional Facility,
Arkansas Department of Correction; and MARK
CASHION, Warden, Randall L. Williams Correctional
Facility, ADC                                                            DEFENDANTS

## JUDGMENT

1. Palmer's claims against Beebe, Cashion, and the Doe Defendants are dismissed without prejudice based on Palmer's substituted complaint.

2. Palmer's claims against Suggs are dismissed without prejudice for failure to exhaust.

*W.P.Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 September 2015